SCANNED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:12-CR-173-GZS |
| v. | 21 U.S.C. §§ 846, 841(a)(1) |
| NEIL LAVERRIERE | 841(b)(1)(C) |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1
### (Conspiracy to Distribute Oxycodone)

Between about February 2010 and about November 2010, in the District of Maine, Defendant

## NEIL LAVERRIERE

knowingly and intentionally conspired with others known and unknown to distribute and possess with intent to distribute a mixture or substance containing oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

A True Bill,

Signature Redacted - Original On File with the Clerk's Office

Foreperson

Assistant U.S. Attorney
Date: 10/12/12

1