2:12-CR-173-GZS

U.S. DIST. COURT

2012 OCT 12 P 4: 19

# Indictment Synopsis

| | |
|---|---|
| **Name:** | Neal Laverriere |
| **Address: (City & State Only)** | Biddeford, Maine |
| **Year of Birth and Age:** | 1981; 30 years old |
| **Violations:** | Count One: Conspiracy to distribute and possess with intent to distribute oxycodone. 21 U.S.C. §§ 846, 841(a)(1). |
| **Penalties:** | Count One: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count One: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Neale Duffett, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI – Special Agent Patrick Clancy |
| **Detention Status:** | To be determined; arrest warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York/Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |