SCANNED

# Superseding Indictment Synopsis

| | |
|---|---|
| **Name:** | Adam Goodwin |
| **Address:** **(City & State Only)** | Scarborough, Maine |
| **Year of Birth and Age:** | 1975; 37 years old |
| **Violations:** | Count One: Conspiracy to distribute and possess with intent to distribute oxycodone. 21 U.S.C. §§ 846, 841(a)(1).<br><br>Count Two: Health Care Fraud. 18 U.S.C. § 1347 |
| **Penalties:** | Count One: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count Two: Imprisonment of not more than ten years; fine of not more than $250,000; or both. 18 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count One: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C).<br><br>Count Two: Not more than three years. 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count Two: Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | FBI – Special Agent Patrick Clancy |
| **Detention Status:** | To be determined – arrest warrant requested |

| | |
|---|---|
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York/Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |