**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:12-CR-173-GZS** |
| | ) | |
| **NEIL LAVERRIERE** | ) | |
| **ADAM GOODWIN** | ) | |

# PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

In 2010, Defendants Adam Goodwin and Neil Laverriere and others conspired with Dr. John Perry to obtain fraudulent oxycodone prescriptions, which were subsequently filled and the pills distributed in southern Maine. The conspiracy operated in the following manner:

- Defendant Goodwin agreed to and did provide Dr. Perry with some of the names of people to use on fraudulent prescriptions. These people included Defendant Goodwin, Defendant Laverriere, and six others.
- Some of these people visited Dr. Perry's office in order to generate fraudulent patient charts.
- Between February 2010 and November 2010, Dr. Perry wrote numerous prescriptions for no medical purpose in the names of these eight people.
- Defendant Laverriere filled the majority of the prescriptions (including those written in his name and those written in the names of others) at pharmacies in southern Maine.
- Once he received the oxycodone pills from the pharmacies, Defendant Laverriere distributed the pills to a purchaser in southern Maine in exchange for cash proceeds.

- Defendant Goodwin received drug proceeds from Defendant Laverriere.
- Defendant Goodwin sometimes delivered cash to Dr. Perry for writing the fraudulent prescriptions.
- A portion of the drug proceeds were used to finance a club in Westbrook, Maine known as "Dreamers." Defendant Goodwin was one of the people involved with this business venture.

In total, Dr. Perry wrote 20 prescriptions totaling 1,800 oxycodone 30-mg pills in the name of Defendant Goodwin, 21 prescriptions totaling 1,890 oxycodone 30-mg pills in the name of Defendant Laverriere, and 110 prescriptions totaling 9,870 oxycodone 30-mg pills in the names of the six other people.

The unlawful prescriptions issued by Dr. Perry to these co-conspirators were filled at multiple pharmacies within Maine. The pharmacies filling these illegally issued prescriptions included branches of Rite Aid, Wal-Mart, Hannaford, and Shaw's. These pharmacies are health care benefit programs as defined under federal law. As a result of the above referenced conduct, the conspirators presented prescriptions to the respective pharmacies as valid prescriptions written during the course of an existing doctor-patient relationship. The pharmacies relied upon the prescriptions and dispensed the controlled substances called for in the prescriptions. Consequently, the Defendants' actions allowed them to fraudulent obtain property under the custody and control of health care benefit programs.

Finally, a trained and experienced agent would testify that the street value of the drugs obtained by the Defendants as part of this conspiracy was in excess of $200,000.

Date: July 24, 2013

Respectfully submitted,

Thomas E. Delahanty
United States Attorney

/s/David B. Joyce
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I filed the foregoing Prosecution Version using the Court's CM/ECF system, which will cause copies to be sent to the following counsel:

Neale Duffett, Esq.
Edward MacColl, Esq.

/s/David B. Joyce
Assistant U.S. Attorney