UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Neil Laverriere

DOCKET NO: 2:12-cr-173-GZS-01

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | 1 | List of medications taken by the defendant | 12/17/13 | 12/17/13 | | 12/17/13 |
| | | 2 | Letters on behalf of the defendant | 12/17/13 | 12/17/13 | | 12/17/13 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |