UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Adam Goodwin

DOCKET NO: 2:12-cr-173-GZS-02

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | State of Jody Ramsey | 1/28/14 | 1/28/14 | | 1/28/14 |
| | 2 | | Certificate of Completion | 1/28/14 | 1/28/14 | | 1/28/14 |
| | | 1 | Letters on behalf of the defendant | 1/28/14 | 1/28/14 | | 1/28/14 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |